# Exhibit 1



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = Pau003712939
Search Results: Displaying 1 of 1 entries



Labeled View



*The Woodsman.*

**Type of Work:** Music
**Registration Number / Date:** PAu003712939 / 2014-01-28
**Application Title:** The Woodsman (Musical Score)
**Title:** The Woodsman.
**Description:** Electronic file (eService)
**Copyright Claimant:** Edward Wellington Hardy, 1992- . Address: Gracie Station P. O. Box 43, New York, NY, 10028, United States.
**Date of Creation:** 2014
**Authorship on Application:** Edward Wellington Hardy, 1992- ; Citizenship: United States. Authorship: music.
**Rights and Permissions:** Edward Wellington Hardy, Gracie Station P. O. Box 43, New York, NY, 10028, United States, (646) 280-8157, edward.wellington.hardy@gmail.com
**Names:** Hardy, Edward Wellington, 1992-

---

**Save, Print and Email (Help Page)**

| Select Download Format | Full Record ▼ | Format for Print/Save |
| Enter your email address: | | Email |

---

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page