# Exhibit 4

## EXHIBIT A

## COLLABORATION CLAUSE

1. The copyright of the Play shall be secured and held by Co-Writers Ortiz, Hardy and Loring jointly.

2. Unless otherwise stated in this Agreement, all assets, claims, income, rights, profits, fees, receipts, and returns of whatever kind (all herein referred to as "Benefits") derived by the parties hereto from the Play and/or from the disposition of any allied, ancillary or subsidiary rights therein shall be divided by the parties as follows:

| | |
|---|---|
| To Ortiz | 50.00% |
| To Hardy | 41.67% |
| To Loring | 8.33% |

3. All contracts for production, presentation and publication of the Play, or the disposition of all rights connected therewith, and all author approvals, shall be subject to the mutual approval of the parties.

4. All decisions, both artistic and of a business nature, in connection with the Play, shall be determined by majority vote of the Author team, with each person comprising the Author having one vote. Notwithstanding the foregoing, alterations in, omissions from and additions to the Play shall be subject to the exclusive prior written approval of Ortiz, Hardy and Loring respectively.

5. In the event of the death of either party during the term of this Agreement, the surviving party shall have the right to act generally with regard to all artistic matters relating to the Play (including, but not by limitation, any changes or alterations which may be required in the text and approval of the cast and director), except that the credit provision contained herein shall survive the death of a party hereto. The personal representative(s) of a deceased party shall receive his decedent's share of the Benefits.