# Exhibit 5

AMENDMENT NO. 1 TO PRODUCTION AGREEMENT


THIS AMENDMENT NO. 1 TO PRODUCTION AGREEMENT ("Amendment No. 1") dated as of September 15, 2016 is hereby executed by STRANGEMEN LLC ("Producer"), JAMES ORTIZ, EDWARD V. HARDY and JEN LORING (collectively, the "Author").

WHEREAS, by an agreement dated September 14, 2015 between the parties hereto (the "Production Agreement") Producer acquired from Author, *inter alia*, the exclusive North American right to present regional and second-class productions of the stage play entitled "The Woodsman" (the "Play") written by Author.

WHEREAS, Producer caused the Play to be presented in New York City at Theatre 59 East 59 Street from on or about January 30, 2014 to Feb 16 2014 and from January 13, 2015 through February 22, 2015 and its move to a commercial production at New World Stages in New York City where the Play ran from January 27, 2016 through May 29, 2016.

WHEREAS, Producer's exclusive right to present the Play in North American terminated on September 13, 2016.

WHEREAS, Producer desires to extend its exclusive right to present the Play in North America through January 31, 2018.

WHEREAS, pursuant to a collaboration agreement, the individuals constituting Author agreed that both artistic and business decisions shall be determined by a majority vote of the individuals.

NOW, THEREFORE, for good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, Author and Producer hereby agree to amend the Production Agreement as follows:

Author hereby extends Producer's sole and exclusive option to present regional and second-class productions of the Play with one or more companies in North America from September 13, 2016 through January 31, 2018.  The option shall be exercised upon the first paid public performance of the Play.  Producer shall have the right to continue to present the Play so long as there is no hiatus in performance greater than 4½ months.  Provided Producer has presented the Play for 21 consecutive paid public performances (including no more than 8 preview performances and an official opening performance) subsequent to the Effective Date, Producer's right to present the Play in North America shall terminate after a hiatus in performances of more than 4½ months from the last performance of the Play in North America; provided, however, Producer may retain its rights to reopen the Play in North America for an additional 8 months by paying (or causing to be paid) to Author, commencing 4½ months following the last performance of the Play in North America (as an advance against first royalties payable in connection with such production), $500 per month for up to 4 months, and $750 per month for up to an additional 4 months.

SC/Woodsman/Amendment No1

This Amendment No. 1 shall be construed in connection with the Production Agreement and except as modified and expressly amended herein, all terms, conditions and covenants contained in the Production Agreement are hereby ratified and shall remain in full force and effect.  This Amendment No. 1 may be executed in counterparts, each of which when signed shall constitute a single agreement.  Electronic signatures and pfd copies of signature pages shall be valid and binding.

IN WITNESS WHEREOF, the parties hereto have duly executed this Amendment No. 1 as of the date set forth above.

STRANGEMEN LLC

_____

By:

ACCEPTED AND AGREED TO:
**AUTHOR**

_____

James Ortiz

_____

Edward V. Hardy

_____

Jen Loring

SC/Woodsman/Amendment No1