# Exhibit 6

AMENDMENT NO. 2 TO PRODUCTION AGREEMENT

THIS AMENDMENT NO. 2 TO PRODUCTION AGREEMENT ("Amendment No. 2") dated as of February 1, 2018 (the "Effective Date") is hereby executed by STRANGEMEN THEATRE COMPANY, INC. AS SUCCESSOR IN INTEREST TO STRANGEMEN LLC ("Producer"), JAMES ORTIZ ("Ortiz"), EDWARD V. HARDY ("Hardy") and JEN LORING ("Loring" and together with Ortiz and Hardy, collectively, the "Authors").

WHEREAS, the Authors are the joint owners of the stage play entitled "The Woodsman" (the "Play").

WHEREAS, by an agreement dated September 14, 2015 between the parties hereto (the "Production Agreement") Producer acquired from Ortiz, Loring and Edward V. Hardy, *inter alia*, the exclusive North American rights to present regional and second-class productions of the Play.

WHEREAS, pursuant to Amendment No. 1 to Production Agreement dated September 15, 2016 between the parties hereto ("Amendment No. 1") and executed by Ortiz and Loring on behalf of the Authors, Producer extended its excusive right to present the Play in North America through January 31, 2018.

WHEREAS, Producer desires to extend its exclusive right to present the Play in North America through July 31, 2019.

WHEREAS, pursuant to a collaboration agreement, the individuals constituting Author agreed that both artistic and business decisions shall be determined by a majority vote of the individuals.

NOW, THEREFORE, for good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, Author and Producer hereby agree to amend the Production Agreement as follows:

Author hereby extends Producer's sole and exclusive option to present regional and second-class productions of the Play with one or more companies in North America from February 1, 2018 through July 31, 2018.  The option shall be exercised upon the first paid public performance of the Play.  Producer shall have the right to continue to present the Play so long as there is no hiatus in performance greater than $4\frac{1}{2}$ months.  Provided Producer has presented the Play for 21 consecutive paid public performances (including no more than 8 preview performances and an official opening performance) subsequent to the Effective Date, Producer's right to present the Play in North America shall terminate after a hiatus in performances of more than $4\frac{1}{2}$ months from the last performance of the Play in North America; provided, however, Producer may retain its rights to reopen the Play in North America for an additional 8 months by paying (or causing to be paid) to Author, commencing $4\frac{1}{2}$ months following the last performance of the Play in North America (as an advance against first royalties payable in connection with such production), $500 per month for up to 4 months, and $750 per month for up to an additional 4 months.

1                                          SC/Woodsman/Amendment No2.01

This Amendment No. 2 shall be construed in connection with the Production Agreement and Amendment No. 1 and except as modified and expressly amended herein, all terms, conditions and covenants contained in the Production Agreement and Amendment No. 1 are hereby ratified and shall remain in full force and effect.  This Amendment No. 2 may be executed in counterparts, each of which when signed shall constitute a single agreement. Electronic signatures and pfd copies of signature pages shall be valid and binding.

IN WITNESS WHEREOF, the parties hereto have duly executed this Amendment No. 2 as of the date set forth above.

STRANGEMEN THEATER COMPANY, INC.

_____
By: Amanda A. Lederer, President

ACCEPTED AND AGREED TO:

_____
James Ortiz

_____
Edward V. Hardy

_____
Jen Loring

SC/Woodsman/Amendment No2.01