# Exhibit 7



## LICENSE

**August 27, 2018**

**LICENSEE:**
Bluebarn Theatre
1106 South 10th Street
Omaha, NE 68108
Phone: 402-345-1576 x3
Email: sclement@bluebarn.org

---

**PLAY: THE WOODSMAN**

**AUTHOR:** James Ortiz and

**PERFORMANCE LOCATION:**
Bluebarn Theatre
1106 South 10th Street
Omaha, NE 68108

**PERFORMANCE DATE(S):** May 16,2019 – June 16, 2019

**NUMBER OF PERFORMANCES:** 19

**TOTAL FEE:  $3,000.00 vs 8% GWBOR**

IN CONSIDERATION OF THE RIGHTS GRANTED ABOVE, LICENSEE SHALL PAY TO THE AUTHOR A FEE OF THREE THOUSAND UNITED STATES DOLLARS (USD $3,000.00) PAYABLE UPON SIGNING OF THIS LICENSE. ALL PAYMENTS TO AUTHOR HEREUNDER SHALL BE MADE TO AND IN THE NAME OF **ICM PARTNERS A/A/F JAMES ORTIZ** AND MAILED TO ICM PARTNERS, 65 EAST 55TH STREET, NEW YORK, NY 10022, ATTN: ROSS WEINER WITH A COPY OF THIS LICENSE. ANY REMAINING ROYALTIES WILL BE DUE WITHIN 30 DAYS FROM THE CLOSING PERFORMANCE.

**SPECIAL PROVISIONS:**

THE AUTHOR SHALL BE CREDITED AS FOLLOWS ANYWHERE THE NAME OF THE PLAY IS GIVEN; INCLUDING, WITHOUT LIMITATION, ALL ADVERTISING, HOUSEBOARDS, PLAYBILLS/HOUSE PROGRAMS, AND MARQUEES UNDER THE CONTROL OF THE LICENSEE:

**THE WOODSMAN**
By James Ortiz
Music Composed by Edward W. Hardy
Lyrics by Jen Loring

LEGAL NOTICE: THE LICENSE HEREIN GRANTED IS SUBJECT TO COMPLIANCE WITH THE ABOVE TERMS AS WELL AS THE STANDARD TERMS AND CONDITIONS SET FORTH IN THIS LICENSE. PRESENTATION OF THE PLAY PRIOR TO PAYMENT OF THE LICENSE FEE OR FAILURE TO COMPLY WITH ALL OF THE TERMS OF THIS LICENSE CONSTITUTES A WILLFUL VIOLATION OF THE COPYRIGHT LAW WHICH ALLOWS FOR LEGAL REMEDIES INCLUDING PUNITIVE DAMAGES.

Except as expressly permitted, the Play shall only be produced and presented on the spoken stage with living actors in the immediate presence of the audience. Licensee shall be under no obligation to produce and present the Play, it being understood, however, that, should Licensee fail to produce and present the first public performance of the Play within ninety (90) days from the first performance date given above, all rights herein shall revert to the Author.

**Agent:** Author hereby appoints ICM Partners, (EIN #20-3612825), 65 East 55th Street, New York, New York 10022, Attention: Ross Weiner, as **Author's sole and exclusive agent ("Agent")** with respect to the Play and authorizes and directs Licensee to make all payments due or to become due to Author hereunder (and under any subsequent agreements with Author regarding the Play) to and in the name of Agent and to accept receipt by Agent as full evidence and satisfaction of such payments. In consideration of the services rendered and to be rendered by Agent, Author hereby agrees that Agent is entitled to receive and retain as its commission twenty percent (20%) of all such proceeds. The appointment of ICM Partners as Agent is coupled with an interest and shall be irrevocable.

**Travel, Housing, Tickets:** Licensee will provide one (1) round-trip plane ticket and mutually agreed housing for the Author. Additionally, Licensee will provide ground transportation to the Author for a period to be mutually agreed upon. Licensee also agrees to provide Author with a pair of tickets for the Opening Night performance of the Play and access to tickets to preview performances as needed.

**Author Billing:** Author's billing shall be not less than fifty percent (50%) of the size, type, coloring, boldness and/or spacing of lettering of the largest letter of the title of the Play. The foregoing notwithstanding, when the title is graphic and part of the art work designed to promote **the Play, the type size of the Author's billing need not follow the** fifty percent (50%) prescription **provided the Author's credit immediately follows the title and no other credit other than stars above the title is larger than Author's credit.**

Author shall be accorded a biography in all programs for the Play in a length equal to or greater than the biography of any other person or entity accorded a biography in such playbill. The **contents of Author's biography shall be subject to Author's** prior written approval, such approval not to be unreasonably withheld.

**No Alteration of Text:** No alteration, omission, or addition to the manuscript of the Play as written by the Author, including dialogue and stage directions, shall be allowed without the prior written approval of the Author. Any violation of this clause shall be cause for the Author to declare this License null and void immediately.

**Author Approvals:** Author shall have approval, with Licensee, of the director and cast.

**Recording:** Author grants Licensee the right to videotape its production of the Play, solely for advertising, promotion, understudy, archive and sign interpretation purposes subject to all applicable union restrictions.

stage with living actors in the immediate presence of the audience. Licensee shall be under no obligation to produce and present the Play, it being understood, however, that, should Licensee fail to produce and present the first public performance of the Play within ninety (90) days from the first performance date given above, all rights herein shall revert to the Author.

**Agent:** Author hereby appoints ICM Partners, (EIN #20-3612825), 65 East 55th Street, New York, New York 10022, Attention: Ross Weiner, as Author's sole and exclusive agent ("Agent") with respect to the Play and authorizes and directs Licensee to make all payments due or to become due to Author hereunder (and under any subsequent agreements with Author regarding the Play) to and in the name of Agent and to accept receipt by Agent as full evidence and satisfaction of such payments. In consideration of the services rendered and to be rendered by Agent, Author hereby agrees that Agent is entitled to receive and retain as its commission twenty percent (20%) of all such proceeds. The appointment of ICM Partners as Agent is coupled with an interest and shall be irrevocable.

**Travel, Housing, Tickets:** Licensee will provide one (1) round-trip plane ticket and mutually agreed housing for the Author. Additionally, Licensee will provide ground transportation to the Author for a period to be mutually agreed upon. Licensee also agrees to provide Author with a pair of tickets for the Opening Night performance of the Play and access to tickets to preview performances as needed.

**Author Billing:** Author's billing shall be not less than fifty percent (50%) of the size, type, coloring, boldness and/or spacing of lettering of the largest letter of the title of the Play. The foregoing notwithstanding, when the title is graphic and part of the art work designed to promote the Play, the type size of the Author's billing need not follow the fifty percent (50%) prescription provided the Author's credit immediately follows the title and no other credit other than stars above the title is larger than Author's credit.

Author shall be accorded a biography in all programs for the Play in a length equal to or greater than the biography of any other person or entity accorded a biography in such playbill. The contents of Author's biography shall be subject to Author's prior written approval, such approval not to be unreasonably withheld.

**No Alteration of Text:** No alteration, omission, or addition to the manuscript of the Play as written by the Author, including dialogue and stage directions, shall be allowed without the prior written approval of the Author. Any violation of this clause shall be cause for the Author to declare this License null and void immediately.

**Author Approvals:** Author shall have approval, with Licensee, of the director and cast.

**Recording:** Author grants Licensee the right to videotape its production of the Play, solely for advertising, promotion, understudy, archive and sign interpretation purposes subject to all applicable union restrictions.

**Miscellaneous:** This License may be executed in several counterparts, all of which when signed shall constitute a single agreement. Facsimile and PDF copies of signatures, as well as electronic signatures, shall be valid and binding.

AGREED AND ACCEPTED:                    AGREED AND ACCEPTED:

For Author:                              For Licensee:

_____                  _____

JAMES ORTIZ                              SUSAN
CLEMENT
Date: Sep 12, 2018                       Date: 8-12-18