# Exhibit 8

## CONSULTATION AGREEMENT

This Consultation Agreement ("Agreement") is effective as of October 5, 2018, by and between The Blue Barn Theatre, a non-profit corporation organized and existing under the laws of the State of Nebraska, (hereinafter the "Company"), and **STRANGEMEN THEATRE COMPANY**, (hereinafter the "Artist"). In consideration of the rights and obligations herein set forth, the parties do hereby agree as follows:

1.  AGREEMENT OF ENGAGEMENT.  The Company hereby engages the Artist to render production elements for the production of *The Woodsman*

    | | |
    |---|---|
    | Auditions | December 10th & 11th 2018 |
    | Rehearsals Begin | April 15th, 2019 |
    | Tech Rehearsals Begin | May11th, 2019 |
    | Performances | May 16th - June 16th, 2019 |

2.  COMPENSATION.  The Company hereby engages the Artist to render the services below for a total fee of $4000 ("Fees").  Artist will be paid half ($2000) upon signing and half ($2000) upon arrival in April 2019.

3.  SERVICES RENDERED.  In consideration of the above Fees ($4000) the Artist will provide:
    1.  Rental of original production's puppets
    2.  Original music score for production only purposes
    3.  Access to original New World Stages set and lighting designs, obtained in good faith from original designers
    4.  Consultation on all other matters including specifically: original blocking and movement, puppetry instruction, production aesthetic, and creative staff necessary for the production.

4.  INDEPENDENT CONTRACTOR.  It is understood and agreed that Artist is an independent contractor with respect to the performance of Artist's services hereunder and that Artist hereby expressly disclaims any rights to or claims against the Company except those to which an independent contractor is entitled by law or this Agreement. As an independent contractor, Artist is not covered under the Company's medical insurance or workers' compensation policy.

    Company will grant Artist final approval of artistic staff chosen to create the production, specifically positions of Co-Directors, Movement Director, and Puppet Master/Coordinator.

5.  TRAVEL AND HOUSING. Company agrees to secure housing, accommodations and transportation (including airline flights and one car to be shared) for all contracted artists coming in association with Strangemen Theatre Company for the duration of their stay, the details of which are to be negotiated in good faith between the individual artists and Company.

6.  PUBLICITY

    *   Company agrees to above the title billing for Artist on all publications where the title appears, including, but not limited to, posters, postcards, print and web advertisements, and playbills. Billing order should read:

    **Strangemen Theatre Company's**
    **THE WOODSMAN**

    *   Artist will have a bio included on Company's website and in all playbills and wherever authors' bios appear, credited as original producers and creative producers (for BB production).
    *   All original designers will be credited for use of their designs.
    *   Please add in that Artist will be credited wherever other authors are credited in the following format:

    **THE WOODSMAN**
    **By James Ortiz**
    **Music by Edward W. Hardy**
    **Lyrics by Jen Loring**
    **Originally devised and produced by Strangemen Theatre Company**

7. DRUG FREE/NON DISCRIMINATION POLICIES. The Company is a drug free workplace. Drug and/or alcohol abuse by Artist is grounds for termination of contract. The Company prohibits discrimination against employees/contracted personnel, volunteers and customers on the basis of race, color, gender, age, ethnicity, disability, religion or sexual orientation, gender identity or any other category protected by local, state, or federal law.

8. FORCE MAJEURE. If the performance of any part(s) of this Agreement on the part of the Company or the Artist is prevented by an act of God, physical disability, illness, incapacity, interruption or delay of transportation services, or any other cause beyond its or their reasonable control, the Company and the Artist will respectively be relieved of their obligations under this Agreement.

9. TERMINATION. If Company (Bluebarn) cancels engagement prior to 4-15-19. Company agrees to pay Artist 50% of the remaining half of the engagement fee. If Artists (Strangemen Theatre Company) cancel agreement prior to 4-15-19 Artist agrees to pay Company 50% of the original $2000 engagement fee.

10. GOVERNING LAW. This Agreement will be governed by the laws of the State of Nebraska.

11. EXECUTION. This Agreement may be executed in counterparts, and such counterparts will be considered an original. This Agreement may be executed by electronic transmission.

THE BLUE BARN THEATER:                       ARTIST:

By: _____                  By: _____

Susan   Clement   Toberer,   Producing       Amanda A. Lederer, Executive Producer & President STRANGEMEN
Artistic Director                            THEATRE COMPANY

_10-24-18_____                    _____
Date:                                        Date:

                                             _____
                                             Company Permanent Mailing Address

                                             _____
                                             City        State        Zip

                                             _____
                                             Phone Number