Judge Katherine Polk Failla
United States District Court
Southern District of New York
Pro Se Intake Office
40 Foley Square, Room 105
New York, NY 10007



Dear Judge Failla,

Your Honor, my name is James Ortiz and I am a defendant in the case Edward Hardy v. James Ortiz and Strangemen Theatre Company Inc. On November 6th, 2020, I received a summons in a civil action by the United States District Court from Michael Salzman from Hughes, Hubbard, and Reed (One Battery Park Plaza, New York, New York 10004) who represents the plaintiff Edward Hardy.

I have been attempting to find an attorney to represent me in court in this case, but I have not yet been successful. My response to the complaint is due on November 27, 2020, the day after the Thanksgiving holiday. In light of the difficulties created by the pandemic as well as the Thanksgiving and Christmas holidays looming, I write to you today to ask for an additional 45 days, until January 11, 2021, to respond to the complaint, which I hope will provide sufficient time for me to locate and engage an attorney to represent me and for that attorney to prepare an appropriate response on my behalf.

This is the first time I've asked for an extension and I have not spoken to the plaintiff or his law firm as of the sending of this letter to you.

While I am confident that I will find a lawyer to defend me, I simply request more time to do so. Thank you,

James Ortiz

46-05 31st ave
2nd floor
Astoria, NY 11103
214-450-4927
jamesmortiz@gmail.com

Application GRANTED.  Mr. Ortiz is directed to file his response to the Complaint on or before January 11, 2021.  On this single occasion, the Court will email this endorsement to Defendant.  Future pro se communications must be made using the Pro Se Intake Unit.

SO ORDERED.

Dated:    November 24, 2020
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE