Michael E. Salzman
Hannah Miller
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
(212) 836-6000

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD W. HARDY,<br><br>                Plaintiff,<br><br>   against<br><br>JAMES ORTIZ and STRANGEMEN THEATRE COMPANY INC.,<br><br>               Defendants. | Case No. 1:20-cv-09267<br><br>**JOINT STIPULATION FOR SERVICE AND EXTENDING TIME TO RESPOND** |

**IT IS HEREBY STIPULATED AND AGREED,** by plaintiff EDWARD W. HARDY ("Hardy") and defendant STRANGEMEN THEATRE COMPANY INC ("Strangemen"), by their undersigned attorneys, as follows:

1. Schreck Rose Dapello Adams Berlin & Dunham LLP, attorneys for defendant Strangemen will accept service of the summons and complaint in the above-captioned action on behalf of Strangemen. This service of process may be effected by email to the address ischreck@srda.com, and shall be completed on or before December 8, 2020.

2. Defendant Strangemen Theatre Company Inc. will have until February 1, 2021 to respond to the complaint.

3. Hereafter, all papers herein to be served on plaintiff Hardy or defendant Strangemen in this action by the other may be served by email to the email addresses provided for such party's attorneys provided below.

Dated: December __9__, 2020
           New York, New York

HUGHES HUBBARD & REED LLP

By: _____
        Michael E. Salzman

*Attorneys for Plaintiff*
*Edward W. Hardy*

One Battery Park Plaza
New York, NY 10004-1482
Tel: (212) 837-6000
michael.salzman@hugheshubbard.com
hannah.miller@hugheshubbard.com

SCHRECK ROSE DAPELLO ADAMS
BERLIN & DUNHAM LLP

By: _____
        Ira Schreck

*Attorneys for Defendant*
*Strangemen Theatre Company Inc.*

888 7th Ave, Fl 19
New York, NY 10106-2599
Tel: (212) 832 1958
ischreck@srda.com

2

SO ORDERED this 11th day of December, 2020

_____
HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

3

1" = "1" "99357694_1" "" 99357694_1