

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office:+1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

January 8, 2021

**VIA ECF**

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

> Re:   *Hardy v. Ortiz et al.*,
>       Civil Action No. 1:20-cv-09267 (KPF) (S.D.N.Y.)

Dear Judge Failla:

We represent Plaintiff Edward Hardy in the above-referenced action and we write at the request of counsel for Defendant James Ortiz to request a thirty-day extension of time for Defendant James Ortiz to respond to the Complaint. We do not oppose that request. Such an extension would enlarge Defendant Ortiz's time to respond from January 11, 2021 to February 10, 2021. No prior request for an extension of this deadline has been made by either party, and this extension would not impact any other deadlines or hearings in this case.

Respectfully submitted,

/s/ Michael Salzman

99557150