**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

EDWARD W. HARDY,

                                    Plaintiff,

        -against-

JAMES ORTIZ and STRANGEMEN THEATRE
COMPANY, INC.,

                                    Defendants.

1:20-cv-09267-KPF

**NOTICE OF APPEARANCE**
**OF *PRO BONO* COUNSEL**

To the Clerk of this Court and all parties of record:

        Please enter my appearance as *pro bono* counsel in this case on behalf of

Defendant James Ortiz.

        I certify that I am admitted to practice in this Court.

Dated:  January 22, 2021

_____
Signature

Rachel G. Skaistis                                    2910826
Print Name                                            Bar No.

825 Eighth Avenue
Address

New York                  NY                  10019
City                      State              Zip Code
212-474-1934
Phone No.

RSkaistis@cravath.com
Email Address