**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

EDWARD W. HARDY,

                              Plaintiff,

        against

JAMES ORTIZ and STRANGEMEN
THEATRE COMPANY INC.,

                              Defendants.

1:20-cv-09267  (KPF)

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(l)(A)(i)  of the Federal Rules of Civil  Procedure, Plaintiff Edward W. Hardy hereby voluntarily  dismisses this action without  prejudice, each party to bear his or its own costs and expenses.  Counsel for all parties have conferred and Defendants do not oppose this dismissal.

Dated: January 29, 2021
        New York, New York

                              Respectfully  submitted,

                              HUGHES HUBBARD & REED LLP
                              By: /s/  Michael E. Salzman

                              _____
                                       Michael E. Salzman

                              One Battery Park Plaza
                              New York, NY 10004-1482
                              (212) 837-6000
                              michael.salzman@hugheshubbard.com
                              *Attorneys for Plaintiff*

SO ORDERED.

_____
U.S.D.J.
Dated:  New York, NY
        January __, 2021

99675358_1