AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>U.S. DISTRICT COURT |
|---|---|---|
| DOCKET NO.<br>20-cv-09267-KPF | DATE FILED<br>11/5/2020 | SOUTHERN DISTRICT OF NEW YORK<br>500 PEARL STREET, NEW YORK, N.Y. 10007 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Edward W. Hardy | James Ortiz and Strangemen Theatre Company Inc. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 PAu003712939 | The Woodsman | Edward Wellington Hardy |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment     ☐ Answer     ☐ Cross Bill     ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 See Attached List | See Attached List | See Attached List |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order     ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes     ☐ No | DATE RENDERED<br>1/29/2021 |
|---|---|---|

| CLERK<br>Ruby J. Krajick | (BY) DEPUTY CLERK<br>s/K.Mango | DATE<br>1/29/2021 |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD W. HARDY,<br><br>Plaintiff,<br><br>against<br><br>JAMES ORTIZ and STRANGEMEN<br>THEATRE COMPANY INC.,<br><br>Defendants. | 1:20-cv-09267 (KPF)<br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL** |

Pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Edward

W. Hardy hereby voluntarily dismisses this action without prejudice, each party to bear his or its

own costs and expenses. Counsel for all parties have conferred and Defendants do not oppose this

dismissal.

Dated: January 29, 2021
       New York, New York

Respectfully submitted,

HUGHES HUBBARD & REED LLP
By: /s/ Michael E. Salzman

_____
Michael E. Salzman

One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000
michael.salzman@hugheshubbard.com

*Attorneys for Plaintiff*

SO ORDERED.

_____
U.S.D.J.
Dated: New York, NY
       January ___, 2021

99675358_1